IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. WOODS | Criminal Action No.<br><br>1:23-CR-00064-SEG |

**UNOPPOSED MOTION FOR COURT ORDER AUTHORIZING PRODUCTION OF OPPENHEIMER & CO. INC. SETTLEMENT PAYMENT INFORMATION**

Defendant John J. Woods respectfully files this Unopposed Motion for Court Order Authorizing Production of Oppenheimer & Co. Inc. Settlement Payment Information, showing the Court as follows:

1. The above-captioned case is currently scheduled for a sentencing hearing to take place before this Court on February 1, 2024. The case involves losses to investors in a private equity fund, Horizon Private Equity III, LLC, and the parties anticipate that a significant restitution award will be imposed at sentencing.

2. In preparation for the sentencing hearing originally scheduled for January 8, 2024, Mr. Woods issued a subpoena for documents and information to Oppenheimer & Co. Inc., which, based on public records available from the Financial Industry Regulatory Authority ("FINRA"), appears to have made settlement payments to

1

certain Horizon investors for the same losses suffered here. In other words, some of the putative victims and losses upon which the restitution numbers in the Pre-Sentence Investigation Report ("PSR") issued in this case are based appear to overlap with, or are duplicated by, settlement payments made by Oppenheimer. Full details are not publicly available and the court-appointed Receiver in the parallel civil enforcement action, *SEC v. Woods et al.*, No. 1:21-CV-03413-SDG (N.D. Ga.), does not have access to this information.

3. Accordingly, Mr. Woods seeks the details of the timing, amounts, and recipients of these payments from Oppenheimer to the extent that they may be relevant to certain sentencing enhancements and in order to ensure that any restitution calculations are accurate and consistent with "the bar against double recovery." *United States v. Huff*, 609 F.3d 1240, 1249 (11th Cir.2010) ("Restitution is not intended to provide a windfall for crime victims but rather to ensure that victims, to the greatest extent possible, are made whole for their losses.").

4. Through counsel, Oppenheimer has narrowed the scope of Mr. Woods's subpoena, it requested that Mr. Woods issue a new subpoena for the new sentencing date (February 1, 2024), and Mr. Woods did so on January 2, 2024.

5. However, Oppenheimer has represented that due to certain confidentiality provisions to which it is bound, Oppenheimer cannot produce the requested

information or documents without a court order authorizing it to comply with the subpoena and ordering that any documents or information be designated as confidential and not made part of the public file, as is typical with loss amounts and names of individual victims and PSR-related restitution information. *See, e.g.*, *United States v. Gomez*, 323 F.3d 1305, 1308 (11th Cir. 2003) ("We have observed that requiring disclosure of a presentence report is contrary to the public interest as it may adversely affect the sentencing court's ability to obtain data on a confidential basis from the accused, and from sources independent of the accused, for use in the sentencing process.") (internal quotations omitted).

6. As such, Mr. Woods seeks a court order that would satisfy Oppenheimer's concerns, and he has submitted a proposed order for the Court's consideration.

7. The undersigned counsel has conferred with government counsel (Assistant U.S. Attorneys Angela Adams and Stephen McClain) about this Motion and the Proposed Order submitted herewith and is authorized to state that the government does not oppose the requested relief.

## **CONCLUSION**

Accordingly, Mr. Woods requests that the Court grant this Motion, and enter the proposed order submitted concurrently herewith.

Respectfully submitted, this 25th day of January, 2024.

>*/s/ David M. Chaiken*
>David M. Chaiken
>Georgia Bar No. 118618
>CHAIKEN GHALI LLP
>One Atlantic Center
>1201 W. Peachtree Street, Suite 2300
>Atlanta, GA 30309
>(404) 795-5005 (Phone)
>(404) 581-5005 (Facsimile)
>dchaiken@chaikenghali.com

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record:

>AUSA Angela Adams
>AUSA Stephen H. McClain
>U.S. Attorney's Office
>75 Ted Turner Drive S.W., Suite 600
>Atlanta, GA 30303

This 25th day of January, 2024.

>/s/ *David M. Chaiken*
>David M. Chaiken
>Georgia Bar No. 118618
>dchaiken@chaikenghali.com