# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOHN J. WOODS | Criminal Action No. <br><br> 1:23-CR-00064-SEG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER TO THE BUREAU OF PRISONS

Defendant John J. Woods respectfully files this Unopposed Motion for Extension of Time to Voluntarily Surrender to the Bureau of Prisons, showing the Court as follows:

1. The Court held a sentencing hearing in the above-captioned case on February 1, 2024, during which the Court sentenced Mr. Woods to serve a term of 95 months of imprisonment to be followed by three years of supervised release. (Doc. 22). Pursuant to 18 U.S.C. § 3664(d)(5), the Court deferred the determination of restitution pending a later hearing, which was ultimately scheduled for April 15, 2024. (2/8/24 docket entry).

2. On April 11, 2024, the parties notified the Court that additional time will be needed to complete their analyses and discussions concerning the restitution

issues, necessitating a continuance of the April 15th hearing, and the Court instructed the parties to file a motion seeking such relief.  That motion was filed earlier today, and it seeks a thirty (30) day continuance.

    3.  Because Mr. Woods is currently scheduled to voluntarily surrender to the Bureau of Prisons ("BOP") to begin serving his sentence on May 2, 2024 (Doc. 26), however, Mr. Woods respectfully seeks an extension of time to voluntarily surrender to accommodate the additional proceedings.  Mr. Woods requests a continuance of his BOP surrender date commensurate with the continuance that the Court may enter with respect to the restitution hearing (*i.e.*, at least 30 days, or no sooner than June 1, 2024).

    4.  Mr. Woods seeks such extension in order to be able to continue to assist his counsel (and to be assisted by his counsel) respecting the restitution issues, as required by the Sixth Amendment to the Constitution, and pursuant to the Due Process Clause of the Fifth Amendment, the Confrontation Clause of the Sixth Amendment, and Rule 43(a) of the Federal Rules of Criminal Procedure (requiring the defendant's attendance at sentencing proceedings).

    5.  Mr. Woods has abided by the conditions of his release and supervision, and requests that those conditions continue.

    6.  The undersigned counsel has conferred with government counsel

(Assistant U.S. Attorneys Angela Adams and Stephen McClain) about this Motion and is authorized to state that the government does not oppose the requested extension.

## CONCLUSION

Accordingly, Mr. Woods requests that the Court grant this Motion, and enter the proposed order submitted concurrently herewith.

Respectfully submitted, this 12th day of April, 2024.

>*/s/ David M. Chaiken*
>David M. Chaiken
>Georgia Bar No. 118618
>CHAIKEN GHALI LLP
>One Atlantic Center
>1201 W. Peachtree Street, Suite 2300
>Atlanta, GA 30309
>(404) 795-5005 (Phone)
>(404) 581-5005 (Facsimile)
>dchaiken@chaikenghali.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record:

>AUSA Angela Adams
>AUSA Stephen H. McClain
>U.S. Attorney's Office
>75 Ted Turner Drive S.W., Suite 600
>Atlanta, GA 30303

This 12th day of April, 2024.

>/s/ *David M. Chaiken*
>David M. Chaiken
>Georgia Bar No. 118618
>dchaiken@chaikenghali.com